**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| | Case No.: 23-13242 |
| **Angela L Cephas** | Chapter 13 |
| | Judge Magdeline D. Coleman |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| **PNC Bank, National Association** | |
| Movant, | Date and Time of Hearing |
| | Place of Hearing |
| vs | March 12, 2024 at 10:30 a.m. |
| | _____ |
| Angela L Cephas | |
| Jeffrey Cephas | U.S. Bankruptcy Court |
| Kenneth E. West | 900 Market Street, Suite 400, Courtroom #2 |
| Respondents. | Philadelphia, PA, 19107 |

### MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO JEFFREY CEPHAS ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 69 BARTRAM AVE, LANSDOWNE, PA 19050

PNC Bank, National Association ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay and pursuant to 11 U.S.C § 1301 granting relief from the codebtor stay as to Jeffrey Cephas on the real property located at 69 Bartram Ave, Lansdowne, PA 19050 ("Property"). In support of its motion, Creditor states the following:

1. Angela L Cephas ("Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code on October 27, 2023 (the "Petition Date").

2. On July 26, 2007, Debtor and Codebtor executed a Note in the original amount of $178,489.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A.

23-028398_JHH

3. To secure the Note, a Mortgage was given July 26, 2007 and recorded July 30, 2007. Copies of the Mortgage and Certificate of Merger are attached as Exhibit B, evidencing perfection of Creditor's security interest in the Property which is more particularly described in the Mortgage.

4. The terms of the Note were modified by a Loan Modification Agreement, and the Debtor subsequently executed a Partial Claims Mortgage, copies of which are attached as Exhibit C.

5. There are other liens against the property as listed in Debtor's Schedule D.

6. As of February 1, 2024 the total outstanding amount due on the Note is $163,966.04 which consists of:

    | | |
    |---|---|
    | Principal | $153,638.06 |
    | Interest | $4,897.17 |
    | Escrow advance | $3,236.10 |
    | Late charges | $166.46 |
    | Other Fees | $2,028.25 |
    | Suspense funds | $(0.00) |

7. Creditor seeks relief from the automatic stay pursuant to 11 USC § 362(d) and the codebtor stay pursuant to 11 USC § 1301 to proceed under applicable non-bankruptcy law to enforce its remedies and to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the Mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

8. Creditor is entitled to relief from the automatic stay for the following reason(s):

    a. Creditor is not adequately protected per 11 USC § 362(d)(1) based upon Debtor's post-petition default.

    b. As of February 1, 2024, there is a default to the Creditor in the amount of $5,237.03. This amount consists of payments due for December 2023 through February 2024, in the amount of $1,829.42 each. There is suspense in the amount of $251.23.

9. Creditor requests that the Court order that Rule 4001(a)(3) is not applicable.

23-028398_JHH

10. Creditor further requests that further compliance with Fed.R.Bankr.P. 3002.1 be waived as to creditor in the instant bankruptcy case upon entry of an Order granting relief from the automatic stay.

11. Upon entry of the relief order, Creditor requests that the Trustee halt disbursements on Creditor's claim.

WHEREFORE, Creditor prays for the entry of an Order Granting Relief from the Automatic Stay and the Codebtor stay.

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-028398_JHH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Angela L Cephas | Case No.: 23-13242 |
| | Chapter 13 |
| Debtor(s) | Judge Magdeline D. Coleman |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | |
| PNC Bank, National Association | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | March 12, 2024 at 10:30 a.m. |
| | |
| Angela L Cephas | |
| Jeffrey Cephas | U.S. Bankruptcy Court |
| Kenneth E. West | 900 Market Street, Suite 400, Courtroom #2 |
| Respondents. | Philadelphia, PA, 19107 |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion of PNC Bank, National Association for Relief from the Automatic Stay and Codebtor Relief as to Jeffrey Cephas on First Mortgage for Real Property located at 69 Bartram Ave, Lansdowne, PA 19050 was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

   BRAD J. SADEK, Attorney for Angela L Cephas,  brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

   Angela L Cephas, 69 Bartram Avenue, Lansdowne, PA  19050

   Jeffrey Cephas, 69 Bartram Ave, Lansdowne, PA  19050

   Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA  19102

23-028398_JHH

City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA  19102

/s/Alyk L. Oflazian

23-028398_JHH