# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
   **Angela L Cephas**                :    **Case No.: 23-13242**
                                                    :    **Chapter 13**
   Debtor(s).                         :    **Judge Patricia M. Mayer**
                                                    :    * * * * * * * * * * * * * * * * * * * * * * *
                                                    :
                                                    :

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **PNC Bank, National Association** ("Creditor").  Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Alyk L. Oflazian                         /s/ Stephen R. Franks
Alyk L. Oflazian (312912)                    Stephen R. Franks (333394)
MDK Legal                                    MDK Legal
P.O. Box 165028                              P.O. Box 165028
Columbus, OH  43216-5028                     Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181               614-220-5611; Fax: 614-627-8181
ALOflazian@mdklegal.com                      srfranks@mdklegal.com

23-028398_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 23-13242 |
| Angela L Cephas | Chapter 13 |
| | Judge Patricia M. Mayer |
| Debtor(s) | ******************* |
| | |
| PNC Bank, National Association | Related Document # |
| Movant, | |
| vs | |
| Angela L Cephas | |
| Jeffrey Cephas | |
| Kenneth E. West | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Angela L Cephas,  brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Angela L Cephas, 69 Bartram Avenue, Lansdowne, PA  19050

/s/ Stephen R. Franks

23-028398_PS