## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :    **Case No.: 23-13242**
**Angela L Cephas**                             :    **Chapter 13**
                                                :    **Judge Patricia M. Mayer**
                        **Debtor(s)**    :    * * * * * * * * * * * * * * * * * *

                                                :
**PNC Bank, National Association**              :
                            **Movant,**    :
                                                :
        **vs**                                  :
                                                :
**Angela L Cephas**                             :
**Jeffrey Cephas**                              :
**Kenneth E. West**                             :
                    **Respondents.**    :

### ORDER OF COURT

AND NOW, this __12th__ day of __December_____, 20__24__, upon consideration of the Certification of Default filed by PNC Bank, National Association ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is ~~terminated~~ modified as it affects the interest of Creditor in and to the property located at 69 Bartram Ave, Lansdowne, PA 19050 and more particularly described in the Mortgage, recorded July 30, 2007, at Instrument Number 2007067706.

BY THE COURT

*Patricia M. Mayer*

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT