**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    ANGELA L CEPHAS<br>        Debtor(s)<br>WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2<br>        Movant<br>v.<br>ANGELA L CEPHAS<br>        Debtor(s)<br>MARVIN T BEY<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-13242-djb |

## **CERTIFICATION OF DEFAULT**

    I, Daniel P. Jones, Esquire, of Stern & Eisenberg, PC, Counsel for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2, hereby certify that the Debtor, Angela L Cephas, is in default of the Stipulation approved on March 17, 2025, for failing to make the required payments as set forth in the attached Notice of Default together with any subsequent payments that have come due and owing.  See Exhibit "A" which is attached hereto and made a part hereof.

    Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

                                                  Stern & Eisenberg, PC

                                                  *By: /s/ Daniel P. Jones*
                                                  Daniel P. Jones
                                                  Bar Number: 321876
Date: October 28, 2025                        Email: djones@sterneisenberg.com