



Stern & Eisenberg, PC
www.sterneisenberg.com

1581 Main Street
Suite 200
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

1120 Rt. 73
Suite 400
Mt. Laurel, NJ 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

20 Commerce Drive
Suite 230
Cranford, NJ 07016
Telephone: (732) 582-6344
Telephone: (516) 630-0288
Facsimile: (732) 726-8719

1131 Route 55
Suite 1
Lagrangeville, NY 12540
Telephone: (516) 630-0288
Facsimile: (732) 726-8719

200 Biddle Avenue
Suite 107
Newark, DE 19702
Telephone: (302) 731-7200
Facsimile: (302) 731-7211

*Via First Class Mail*
Angela L Cephas
69 Bartram Avenue
Lansdowne, PA 19050

        RE: In Re:  Angela L Cephas
                    23-13242-djb

Dear Angela L Cephas

      My Law Firm represents secured creditor, Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2, with respect to the above referenced bankruptcy matter. I write to advise you that you are in default of the Consent Order/Stipulation entered on March 17, 2025. Pursuant to the entered Consent Order/Stipulation, I write to advise that according to our client's records, you are in default of the Consent Order/Stipulation.

      Please be advised that you are in default of the Consent Order/Stipulation as you have not made the following payments:

POST-PETITION PAYMENTS IN DEFAULT

| | |
|---|---|
| Monthly Payments in Default........................ | 07/01/2025 to  09/01/2025 |
| Monthly payments ($461.42 x 3) | $1,384.26 |
| Attorney's Fees/Costs........................ | $100.00 |
| Suspense Balance:........................ | ($454.78) |
| Total Amounts Due as of  September 10, 2025: | $1,029.48 |

In accordance with the Consent Order/Stipulation, if the above payment default is not cured within ten (10) days from the date of this notice, our client intends to request that I certify default in accordance with the terms of the approved Consent Order/Stipulation in order to obtain relief from the automatic stay. Any additional payments that become due during the time provided under this Notice (or any Objection thereto) also need to be paid in order to cure this default.

Should you have any questions, please contact your attorney.

Sincerely,

STERN & EISENBERG, PC

By: /s/ Daniel P. Jones
Daniel P. Jones, Esquire
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Date: October 2, 2025                                              Email: djones@sterneisenberg.com

cc:  Brad J. Sadek, Esquire, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102, bradsadek@gmail.com
     *(Counsel for Debtor)*
cc:  Kenneth E. West, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106, ecfemails@ph13trustee.com
     *(Chapter 13 Trustee)*